Brian A. Barboza Esq. SBN 257423
Law Offices of Brian A. Barboza
141 Stony Circle, suite 221
Santa Rosa, CA 95401
Telephone: (707) 527-8553
Facsimile: (707) 543-1304

Attorney for Plaintiff Derick M. Joyce

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

DERICK MICHAEL JOYCE

          Plaintiff,

     v.


ANDREW SAUL, Commissioner of the
Social Security Administration

          Defendant.

Case No. 3:19-cv-01374-SK

STIPULATION AND [PROPOSED] ORDER
FOR THE AWARD AND PAYMENT OF
ATTORNEY FEES AND EXPENSES
PURSUANT TO THE EQUAL ACCESS TO
JUSTICE ACT, 28 U.S.C. § 2412(d)

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Derick Michael Joyce be awarded attorney fees in the amount of Four Thousand Five Hundred Dollars **$4,500.00** under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d).  This amount represents compensation for all legal services and costs rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

After the Court issues an order for EAJA fees and costs to Derick Michael Joyce, the government will consider the matter of Derick Michael Joyce's assignment of EAJA fees to his attorney Brian A. Barboza.  The retainer agreement containing the assignment is attached as

Exhibit 1.  Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of Treasury's Offset Program.   After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Derick Michael Joyce, but if the Department of the Treasury determines that Derick Michael Joyce does not owe a federal debt, then the government shall cause the payment of fees, expenses, and costs to be made directly to Brian A. Barboza, pursuant to the assignment executed by Derick Michael Joyce.  Any payments shall be delivered to Brian A. Barboza.

This stipulation constitutes a compromise settlement of Derick Michael Joyce request for EAJA attorney fees and costs, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Derick Michael Joyce and or Brian A. Barboza and his firm may have relating to EAJA attorney fees and costs in connection with this action.

Respectfully submitted,


Dated: 10/26/2020                          /S/ Brian A. Barboza
                                                     Brian Barboza
                                                     Attorney for Plaintiff


                                                     DAVID L. ANDERSON
                                                     United States Attorney

Dated: 10/26/2020                          By: /S/ Michael K. Marriot
                                                     Michael K. Marriot  *(Authorization*
                                                     *to submit with electronic signature*
                                                     *given via email 10/26/2020)*
                                                     Special Assistant U.S. Attorney
                                                     Attorneys for Defendant

1
2
## <u>ORDER</u>
3
4
PURSUANT TO THE STIPULATION, **IT IS SO ORDERED.**
5
6
DATED: _____     _____
7
                                    HON. SALLIE KIM
                                    United State Magistrate Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 1

**(FEDERAL COURT / EAJA FEE AGREEMENT)**

# LAW OFFICES
# OF
# BRIAN A. BARBOZA

141 Stony Circle, Suite 221
Santa Rosa, Ca. 95401
Phone (707) 527-8553
Facsimile (707) 543-1304
E-Mail bbarboza@barbozaesq.com

**PLEASE READ CAREFULLY**

FEE AGREEMENT—FEDERAL COURT
SSI/SOCIAL SECURITY DISABILITY

I **Derick Michael Joyce** hereby employ **BRIAN A. BARBOZA** to represent me in federal court review of my SSI/SOCIAL SECURITY DISABILITY case. I agree that my attorney shall charge and receive as the fee an amount equal to twenty-five percent (25%) of the past-due benefits that are awarded to my family and me in the event my case is won.

My attorney may retain associate or outside counsel. If associate or outside counsel is retained, that will not increase the amount of my fee.

In addition to the fee, I agree to pay my attorney's reasonable out-of-pocket expenses that are incurred in representing me. Such expenses may include federal court filing fees, computerized legal research services, long distance telephone calls, long distance fax transmissions, medical reports, expert witness fees, transcript preparation charges, photocopying, postage, and travel. I will receive an itemized bill for these expenses. I understand that I will have to pay these expenses whether I win or lose my case; however, the fee that I must pay my attorney is based on winning my case. I will not be charged a fee if I do not receive past-due benefits.

My attorney has explained to me that it is the law that the attorney fee must be approved by the federal court for representation in federal court and by the Social Security Administration for representation before the Social Security Administration. I understand that the total fee could amount to many thousands of dollars or many hundreds of dollars per hour on an hourly basis; I understand that my attorney is accepting my case because of the possibility of obtaining substantial fees. I agree to cooperate in any way that I can so that my attorney's full fee is authorized. I understand that my attorney may seek the maximum fee this contract allows under the law. My attorney does not promise to minimize either the attorney fee he receives or that I pay under this contract.

I understand that sometimes a court will order the government to pay attorney fees pursuant to the Equal Access to Justice Act (EAJA). If this happens, I hereby assign any court-awarded EAJA attorney fees to my attorney. I agree that any such payment belongs to my attorney; and I authorize my attorney to settle the amount of any EAJA fee using his or her professional judgment. If my attorney receives an EAJA check made payable to me, I hereby explicitly give authority to my attorney to endorse the check with my name and deposit it in my attorney's general office account.

It is possible that I will not pay any attorney fee out of my past-due benefits for my attorney's work on my behalf in court, but rather my attorney will receive the EAJA award as his or her sole compensation for representing me in court. However, my attorney has the right under this contract to ask the court to award as much as 25% of my past-due benefits for representing me in court. If the court awards an attorney fee out of my past-due benefits and also awards an EAJA fee for that same work, my attorney must refund to me the smaller fee.

In no case will the fee that comes out of the back benefits paid on my account be greater than 25% of back benefits (including the fee paid for work on my case before the Social Security Administration).

I understand that the Social Security Administration will hold out 25% of the past-due benefits and send the approved fee to my attorney.

My attorney has not promised that I will win my case. I recognize that I may lose my case. My attorney has informed me that a court may take many months and as much as several years to decide my case.

This agreement terminates at the option of my attorney if we lose in the federal district court. My attorney will mail me at my last known address a copy court's final decision in my case.

This agreement is in addition to any previous fee agreement I have signed with my attorney for representation before the Social Security Administration.

_____
Signature

3 - 13 - 2019
_____
Date

████9125
_____
Social Security Number

ACCEPTED AND APPROVED FOR THE LAW FIRM:

_____
Signature

3/13/19
_____
Date